1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTINA RAMIREZ, *as Next Friend of* P.A., *a minor*,<br><br>Petitioner,<br><br>v.<br><br>SYLVIA M. MATHEWS, *in her official capacity as Secretary of Health and Human Services;* ROBERT CAREY, *in his official capacity as Director of Office of Refugee Resettlement*, MARK GREENBERG, in his official capacity as *Acting Assistant Secretary for Children and Families*; BRENT CARDALL, *in his official capacity as Chief Probation Officer of Yolo County*; BOBBIE GREGG, *in his official capacity as Deputy Director, Children's Services*; LORETTA E. LYNCH, *in her official capacity as United States Attorney General*; and JUAN OSUNA, *in her official capacity as Director of the Executive Office for Immigration Review*,<br><br>Respondents. | Case No. 2:16-cv-01511-TLN-EFB<br><br>~~PROPOSED~~ ORDER |

Pursuant to Local Rule 141(b), the Court, having considered Respondents' request to file under seal and any opposition thereto, hereby GRANTS Respondents' request. The following documents are hereby sealed indefinitely: Exhibit B of Respondents' notice informing this Court of Petitioner P.A.'s transfer to a staff secure facility.

Upon receipt of this order, respondents shall promptly email Exhibit B in .pdf format to approvedsealed@caed.uscourts.gov.

Dated: November 3, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE