HOLLY S. COOPER (CA Bar #197626)
UC Davis Immigration Law Clinic
One Shields Avenue TB-30
Davis, CA 95616-8821
Tel.: (530) 754-4833
Fax: (530) 752-0822
Email: hscooper@ucdavis.edu

CARTER C. WHITE (CA Bar #164149)
UC Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Tel.: (530) 752-6942
Fax: (530) 752-5788
Email: ccwhite@ucdavis.edu

*Attorneys for Petitioner, ALBERTINA RAMIREZ*
*as next friend of P.A., a minor.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALBERTINA RAMIREZ, as next friend of P.A., a minor,<br><br>Petitioner,<br><br>v.<br><br>SYLVIA MATTHEWS BURWELL, et al.,<br><br>Respondents. | No. 2:16-cv-1511-TLN EFB P<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ON PETITIONER'S EMERGENCY MOTION RE: PSYCHOLOGICAL EVALUATION** |

Pursuant to Local Rules 143 and 144, the parties hereby enter the following stipulation and ask the Court to enter it as an Order.

Whereas, the Office of Refugee Resettlement (ORR) has scheduled a psychological evaluation of P.A. on Monday, December 12, 2016, at 9:00 a.m., and

Whereas, counsel for Petitioner takes the position that Rule 35 of the Federal Rules of Civil Procedure applies to this examination, and that the government has not at this point either moved for a Rule 35 examination or demonstrated good cause for same, and

Whereas, counsel for Petitioner has asked to be allowed to attend any psychological

Stipulation and ~~Proposed~~ Order re: Emergency Motion – No. 2:16-cv-01511-TLN-EFB

1   examination of P.A. and ORR has denied that request, and

2       Whereas, Petitioner has filed an Emergency Motion Re: Psychological Examination on

3   December 5, 2016, and

4       Whereas, this case is already on the Court's calendar for December 7, 2016, on

5   Petitioner's Motion for Leave to File Supplemental Complaint, and

6       Whereas, the parties desire to secure Court resolution of the issues surrounding the

7   psychological examination prior to the scheduled examination of December 12, 2016, if at all

8   possible, therefore

9       1. The hearing on Petitioner's Emergency Motion Re: Psychological Examination is

10  hereby set for December 7, 2016, at 10:00 a.m. before the undersigned, and

11      2. Counsel for Respondents, Vinita Andrapalliyal, may appear at the hearing

12  telephonically.

13                                              Respectfully submitted

14

15  Dated: December 5, 2016                     */S/ Carter C. White*
                                                _____
16                                              Carter C. White
                                                *Counsel for Petitioner*
17
                                                **/s/ Vinita B. Andrapalliyal**
18                                              _____
19                                              Vinita B. Andrapalliyal
                                                *Counsel for Respondents*
20

21  IT IS SO ORDERED.

22
    Dated: __December 6, 2016_____         _____
23                                              EDMUND F. BRENNAN
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28
    Stipulation and ~~Proposed~~ Order re: Emergency Motion – No. 2:16-cv-01511-TLN-EFB
                                              2