UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTINA RAMIREZ, as next friend of P.A., a minor,<br><br>    Petitioner,<br><br>  v.<br><br>SYLVIA MATTHEWS BURWELL, et al.,<br><br>    Respondents. | No. 2:16-cv-1511-TLN-EFB P<br><br><br>ORDER |

   Petitioner Albertina Ramirez, grandmother and next friend of P.A., a minor, sought a writ of habeas corpus and complaint for declaratory and injunctive relief seeking P.A.'s release from custody under federal immigration authority. ECF No. 5. At a hearing on December 7, 2016, counsel for respondents represented that a determination has been made that P.A. would be released from custody and that the release would occur as soon as transportation could be arranged, which was estimated to be within a matter of days. A joint status report submitted on December 15, 2016 informed the court that P.A. had indeed been released into the custody of his mother on December 8, 2016. ECF No. 55. The parties further represented "that the case can be dismissed pursuant to Rule 41(a) after the Court has made final determinations on the various requests to seal documents that remain pending in this matter." *Id.* The court issued an order ruling on those requests to seal on January 30, 2017. ECF No. 58. Yet a notice of dismissal or

1

request for dismissal has not been filed.  Fed. R. Civ. P. 41(a).  Accordingly, petitioner is HEREBY ORDERED to show cause on or before May 1, 2017 why this case should not be dismissed as moot.

DATED:  April 25, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE